IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARSHA K. BARNHART,

    Plaintiff,

vs.                              Civil Action 2:09-CV-25
                                  Judge Sargus
                                  Magistrate Judge King

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

## ORDER

On January 27, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be reversed and that this matter be remanded for further consideration in connection with the period September 1, 2004, to August 9, 2007. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** and this matter is hereby **REMANDED** for further consideration in connection with the period September 1, 2004, to August 9, 2007.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

2-18-2010
Date

Edmund A. Sargus, Jr.
United States District Judge