AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARSHA K. BARNHART,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**    **CASE NO. C2-09-025**
**COMMISSIONER OF SOCIAL**    **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**    **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed February 19, 2010, JUDGMENT is hereby entered REMANDING this case for further consideration in connection with the period September 1, 2004 to August 9, 2007. This case is DISMISSED.**

Date: February 19, 2010                              JAMES BONINI, CLERK

                                                  /S/ Andy F. Quisumbing
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk